IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
AT PEORIA

FILED
JAN 1 9 2022
CLERK OF COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. 22-cr-10001 |
| ) | |
| Plaintiff, ) | VIOLATIONS: |
| ) | 18 U.S.C. § 115 (Influencing a |
| v. ) | Federal Official by Threat) |
| ) | 18 U.S.C. § 879 (Threats Against |
| DARLENE FIESTE, ) | Former Presidents) |
| ) | 18 U.S.C. § 871 (Threatening the |
| Defendant. ) | President) |

## INDICTMENT

The Grand Jury charges:

### COUNT 1
### (Influencing a Federal Official by Threat)

On or about December 22, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE**,

defendant herein, did threaten to assault and murder a United States District Court Judge for the Central District of Illinois, with intent to impede, intimidate, and interfere with such United States Judge while engaged in the performance of official duties, and with intent to retaliate against such United States Judge on account of the performance of official duties; namely, FIESTE stated in a voicemail that:

"Judge [A] is f***in dead. I am going to f***in kill him. Tell all the judges in your federal building in St. Louis, that Judge [A], I'm gonna kill Judge [A]. I am f***ing going to kill him."

In violation of Title 18, United States Code, Section 115(a)(l)(B).

## COUNT 2
### (Threats Against Former Presidents)

On or about December 24, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE,**

defendant herein, knowingly and willfully threatened to kill and to kidnap and to inflict bodily harm upon a former President of the United States; namely, FIESTE stated in a voicemail that:

> "[President B] is a sick f***. I'm gonna put a bullet right in his f***in head."

In violation of Title 18, United States Code, Section 879.

## COUNT 3
### (Influencing a Federal Official by Threat)

On or about December 28, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE,**

defendant herein, did threaten to assault and murder a United States District Court Judge for the Central District of Illinois, with intent to impede, intimidate, and interfere with such United States Judge while engaged in the performance of official duties, and with intent to retaliate against such United States Judge on account of the performance of official duties; namely, FIESTE stated in an email that:

"I WILL SHOOT . . . JUDGE [A]."

In violation of Title 18, United States Code, Section 115(a)(1)(B).

## COUNT 4
### (Influencing a Federal Official by Threat)

On or about December 28, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE,**

defendant herein, did threaten to assault and murder a United States District Court Judge for the Central District of Illinois, with intent to impede, intimidate, and interfere with such United States Judge while engaged in the performance of official duties, and with intent to retaliate against such United States Judge on account of the performance of official duties; namely, FIESTE stated in an email that:

"I WILL SHOOT . . . JUDGE [C]."

In violation of Title 18, United States Code, Section 115(a)(l)(B).

## COUNT 5
### (Threats Against Former Presidents)

On or about December 28, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE**,

defendant herein, knowingly and willfully threatened to kill and to kidnap and to inflict bodily harm upon a former President of the United States; namely, FIESTE stated in an email that:

"I WILL SHOOT . . . [President D]."

In violation of Title 18, United States Code, Section 879.

## COUNT 6
### (Threats Against Former Presidents)

On or about December 28, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE,**

defendant herein, knowingly and willfully threatened to kill and to kidnap and to inflict bodily harm upon a former President of the United States; namely, FIESTE stated in an email that:

"I WILL SHOOT . . . PRESIDENT [E]."

In violation of Title 18, United States Code, Section 879.

## COUNT 7
### (Threatening the President)

On or about December 28, 2021, at Bloomington, in the Central District of Illinois, and elsewhere,

**DARLENE FIESTE,**

defendant herein, knowingly and willfully make a threat to take the life of, and to inflict bodily harm upon the President of the United States; namely, FIESTE stated in an email that:

"I WILL SHOOT . . . JOE BIDEN."

In violation of Title 18, United States Code, Section 871(a).

A True Bill,
s/ Foreperson

Foreperson

s/ Douglas F. McMeyer

s/ Gregory K. Harris
UNITED STATES ATTORNEY
DFM